IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JIBREEL FRAZIER,<br>    Plaintiff,<br><br>        v.<br><br>SYNOVUS FINANCIAL CORP, *et al.*,<br>    Defendants. | :<br>:<br>:   CIVIL ACTION<br>:<br>:   NO. 23-3698<br>:<br>: |

### ORDER

**AND NOW**, this 28th day of September, 2023, upon consideration of Plaintiff Jibreel Frazier's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and *pro se* Complaint (ECF No. 2) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

        BY THE COURT:


         */s/ R. Barclay Surrick*
        **R. BARCLAY SURRICK, J.**